STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM EDWARDS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth C. Krause* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

February 10, 1970. Denied.

EVALINE B. RAY CAMPBELL, PLAINTIFF-RESPONDENT-CROSS-PETITIONER, v. GLADYS A. RAY, AS GUARDIAN AND ADMINISTRATRIX, *ETC.*, DEFENDANT-PETITIONER-CROSS-RESPONDENT.

See same case below: 107 *N. J. Super.* 509.

*Messrs. Lifland & Greiman* for the petitioner cross-respondent.

*Mr. Jesse Moskowitz* for the respondent cross-petitioner.

February 10, 1970. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT SHUMSKY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Curtis* for the respondent.

February 10, 1970. Denied.